PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| CASE NUMBER (Tran. Court) | 04-CR660-01 |
| CASE NUMBER (Rec. Court) | 3:10-mc-35 |

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**

Stephen Jones
602 Prescott Avenue, Apt. #3
Scranton, PA  18510

| | |
|---|---|
| DISTRICT | Eastern District of Pennsylvania |
| DIVISION | |
| NAME OF SENTENCING JUDGE | The Honorable Legrome D. Davis |
| DATES OF SUPERVISED RELEASE: FROM | 2/23/2009 |
| TO | 2/22/2012 |

**OFFENSE**

Felon in possession of a firearm (Count One); making a false statement in connection with acquisition of a firearm (Count Two).

FILED
FEB 24 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_1/6/10_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Pennsylvania

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_February 1, 2010_
Effective Date

_[signature]_
United States District Judge